IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MICHAEL BOWLES, ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO 1:18-CV-22062-DPG |
| SYNCHRONY BANK, ) | |
|    Defendant. ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, by and through counsel undersigned, hereby dismisses his claims against Defendant Synchrony Bank with prejudice and without costs or attorney's fees to either party.

Dated: 02/25/2019

                                           Respectfully submitted,

                                           */s/Ronald Scott Kaniuk*
                                           Florida Bar # 0112240
                                           Kaniuk Law Office, P.A.
                                           950 Peninsula Corporate Circle, Suite 3001
                                           Boca Raton, Florida 33487
                                           Phone: 561-292-2127
                                           Email: ron@KaniukLawOffice.com

                                           Of Counsel To:
                                           Alex Simanovsky & Associates, LLC
                                           2300 Henderson Mill Road, Suite 300
                                           Atlanta, Georgia 30345
                                           Phone:  678-781-1012
                                           Fax:  877-570-5413
                                           Email:  alex@a-s-law.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 7, 2019, a true and correct copy of the foregoing VOLUNTARY DISMISSAL WITH PREJUDICE was filed with the CM-ECF system and subsequently transmitted to all counsel or parties of record.

                                           */s/Ronald S. Kaniuk*
                                           Florida Bar # 0112240